# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILE

SUSAN L. WOOD,                          )
                                        )
        Plaintiff,     )
                                        )     Case No. 3:13-cv-711
        v.            )
                                        )     Varlan / Guyton
UNITED HEALTH GROUP, INC., and          )
SEDGWICK CLAIMS MANAGEMENT              )
SERVICES, INC.,                         )
                                        )
        Defendants.

## JOINT MOTION TO ENTER AGREED ORDER OF DISMISSAL

The parties jointly move the Court to enter the attached Agreed Order of Dismissal. The parties agree that Plaintiff's claims shall be dismissed with prejudice, with each party to bear their own costs and expense.

Respectfully submitted,

/s/ Rachel R. Rosenblatt_____
Rachel R. Rosenblatt (BPR #027501)
LITTLER MENDELSON, P.C.
333 Commerce Street, Suite 1450
Nashville, TN 37201
(615) 383-3033 (main)
(615) 383-3323 (fax)
RRosenblatt@littler.com
*Attorneys for Defendants UnitedHealth*
*Group Incorporated and Sedgwick Claims*
*Management Services, Inc.*

/s/ John P. Dreiser w/permission by RRR____
John P. Dreiser (BPR #020743)
Law Offices of Tony Farmer and John Dreiser
1356 Papermill Pointe Way
Knoxville, TN 37909
(865) 584-1211 (phone)
(865) 584-1171 (fax)
John@farmerdreiser.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served via the Court's CM/ECF system upon the following:

John P. Dreiser
1356 Papermill Pointe Way
Knoxville, TN 37909

on this the 7th day of January, 2015.

/s/ Rachel R. Rosenblatt
Rachel R. Rosenblatt

Firmwide:131024748.1 047515.1184

2