IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILE

SUSAN L. WOOD,            )
                          )
       Plaintiff,         )
                          )   Case No. 3:13-cv-711-TAV-HBG
v.                        )
                          )
UNITED HEALTH GROUP, INC., and  )
SEDGWICK CLAIMS MANAGEMENT      )
SERVICES, INC.,           )
                          )
       Defendants.

## AGREED ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, the parties hereby agree that this lawsuit be and hereby is dismissed with prejudice. Plaintiff's claims shall be dismissed, with each party to bear their own costs and expense.

Entered this 9th day of January, 2015.

                                            s/ Thomas A. Varlan
                                            CHIEF UNITED STATES DISTRICT JUDGE

| APPROVED FOR ENTRY: | APPROVED FOR ENTRY: |
|---|---|
| /s/ John P. Dreiser w/permission by RRR<br>John P. Dreiser (BPR #020743)<br>Law Offices of Tony Farmer and John Dreiser<br>1356 Papermill Pointe Way<br>Knoxville, TN 37909<br>(865) 584-1211 (phone)<br>(865) 584-1171 (fax)<br>John@farmerdreiser.com<br><br>*Attorneys for Plaintiff* | /s/ Rachel R. Rosenblatt<br>Rachel R. Rosenblatt (BPR #027501)<br>LITTLER MENDELSON, P.C.<br>333 Commerce Street, Suite 1450<br>Nashville, TN 37201<br>(615) 383-3033 (main)<br>(615) 383-3323 (fax)<br>RRosenblatt@littler.com<br><br>*Attorneys for Defendants UnitedHealth Group Incorporated and Sedgwick Claims Management Services, Inc.* |

Firmwide:131020797.2 047515.1184